IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARL E. PETTY,

        Plaintiff,

v.                                               3:09cv52-WS

MICHAEL J. ASTRUE,,
Commissioner of Social
Security Administration,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 18, 2010. See Doc. 23. In her thorough 30-page report, the magistrate judge well explains why she recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed objections (doc. 24) to the report and recommendation.

Having carefully reviewed the record in light of the plaintiff's objections, this court finds that the magistrate judge's report and recommendation should be adopted. Because there was substantial evidence in the record to support the Commissioner's decision to deny benefits, it is ORDERED:

1.  The court ADOPTS the magistrate judge's report and recommendation to affirm the Commissioner's denial of the plaintiff's application for benefits.

2.  The Commissioner's decision to deny Plaintiff's application for benefits is AFFIRMED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___16th___ day of ____March____, 2010.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE